UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

JO-ANN POTVIN,

    Plaintiff,

v.                                    CASE NO.  **2:08-CV- 02399-EFM-KMH**

INTEGRITY FINANCIAL PARTNERS,

    Defendant.

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

**NOTICE OF SETTLEMENT**

"NOW COMES the Plaintiff, JO-ANN POTVIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

NOTICE OF SETTLEMENT

1

DATED:  October 19, 2009				KROHN & MOSS, LTD.

					By: /s/ Patrick Cuezze				 _
					     Patrick Cuezze
					     Attorneys for Plaintiff
					     Krohn & Moss, Ltd.
					    10474 Santa Monica Blvd., Suite 401
					     Los Angeles, CA 90025