**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY COURTHOUSE**

| | | |
|---|---|---|
| JO-ANN POTVIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **No. 09-cv-2399 EFM/ KMH** |
| | ) | |
| vs. | ) | **STIPULATAION OF DISMISSAL** |
| | ) | **WITH PREJUDICE AND** |
| | ) | **[PROPOSED] ORDER** |
| INTEGRITY FINANCIAL PARTNERS | ) | |
| | ) | **Fed. R. Civ. P. 41(a)(1)** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JO-ANN POTVIN and Defendant, INTEGRITY FINANCIAL PARTNERS, stipulate, and the Court hereby orders, as follows:

1.      The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JO-ANN POTVIN, against Defendant, INTEGRITY FINANCIAL PARTNERS., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 6, 2009          KROHN & MOSS, LTD.

                                 /s/ Patrick Cuezze
                                 Patrick Cuezze, Esq.
                                 Attorney for Plaintiff,
                                 JO-ANN POTVIN

Dated: November 6, 2009          BERMAN & RABIN, P.A.

                                 /s/ Michelle A. Fox
                                 Michelle A. Fox, Esq.
                                 Attorney for Defendant,
                                 INTEGRITY FINANCIAL PARTNERS

1

Error! Unknown
document property

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

_____
The Honorable Judge
United States District Judge

Stipulation of Dismissal and [Proposed] Order

Error! Unknown
document property